# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 24, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141837(58)(59)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ANGEL MORENO, JR.,
      Defendant-Appellant.

_____

SC: 141837
COA: 294840
Ottawa CC: 09-033445-FH

On order of the Chief Justice, motions by the Michigan Association for Justice for leave to file a brief *amicus curiae* and for extension of the time for filing are considered and they are granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 24, 2011

_____
Clerk